IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| IN THE MATTER OF WARRANTS AND ORDERS FOR PEN REGISTERS AND TRAP AND TRACE DEVICES ISSUED IN AN INVESTIGATION | MAGISTRATE JUDGE NEWBERN |
|---|---|

## MOTION TO UNSEAL WARRANTS AND ORDERS FOR PEN REGISTERS AND TRAP AND TRACE DEVICES ISSUED IN AN INVESTIGATION

The United States of America, by and through Mark H. Wildasin, the United States Attorney, and Robert S. Levine, Assistant United States Attorney, hereby moves this Court to unseal numerous warrants and orders authorizing the installation and use of pen registers and trap and trace devices issued during the course of a long-term investigation.

The United States initiated a long-term investigation in 2018 related to the distribution of narcotics in the Middle District of Tennessee. During that investigation, the United States sought, and courts issued, warrants and orders authorizing the installation and use of pen registers and trap and trace devices in the following cases on the following dates:

| Case Number | Date |
|---|---|
| 19-mj-2111 | June 12, 2019 |
| 19-mj-4193 | July 1, 2019 |
| 19-mj-2158 | July 22, 2019 |
| 19-mj-4202 | August 2, 2019 |
| 19-mj-2164 | August 20, 2019 |
| 19-mj-4281 | August 30, 2019 |
| 19-mj-4290 | September 4, 2019 |
| 19-mj-2184 | September 11, 2019 |
| 19-mj-2223 | September 19, 2019 |
| 19-mj-2224 | September 19, 2019 |
| 19-mj-2225 | September 19, 2019 |
| 19-mj-2232 | September 22, 2019 |
| 19-mj-2274 | October 8, 2019 |

| Case Number | Date |
|---|---|
| 19-mj-2275 | October 8, 2019 |
| 19-mj-2276 | October 8, 2019 |
| 19-mj-2277 | October 10, 2019 |
| 21-mj-2692 | January 20, 2021 |
| 21-mj-2693 | January 20, 2021 |
| 21-mj-2694 | January 20, 2021 |
| 21-mj-2695 | January 20, 2021 |
| 21-mj-2696 | January 20, 2021 |
| 21-mj-2697 | January 20, 2021 |
| 21-mj-2698 | January 20, 2021 |
| 21-mj-2699 | January 20, 2021 |
| 21-mj-2700 | January 20, 2021 |
| 21-mj-2701 | January 20, 2021 |
| 21-mj-2702 | January 20, 2021 |
| 21-mj-2703 | January 20, 2021 |
| 21-mj-2704 | January 20, 2021 |
| 21-mj-2705 | January 20, 2021 |
| 21-mj-2706 | January 20, 2021 |
| 21-mj-2707 | January 20, 2021 |
| 21-mj-2708 | January 20, 2021 |
| 21-mj-2901 | December 2, 2021 |
| 21-mj-2902 | December 2, 2021 |
| 21-mj-2903 | December 2, 2021 |

Each of these matters was sealed because the matter related to an ongoing investigation. On December 13, 2021, a grand jury in the Middle District of Tennessee returned a superseding indictment charging seven individuals in Case No. 1:21-cr-00012. All of the defendants named in the superseding indictment now have been arrested or are otherwise in custody. The United States

2

Case 3:19-mj-02158   Document 21   Filed 01/24/22   Page 2 of 3 PageID #: 64

now wishes to unseal all of the above-referenced matters so that it can disclose the relevant documents from them to defendants.

Dated: January 24, 2022

Respectfully submitted,

MARK H. WILDASIN
United States Attorney
Middle District of Tennessee

s/ Robert S. Levine
ROBERT S. LEVINE
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

3

Case 3:19-mj-02158   Document 21   Filed 01/24/22   Page 3 of 3 PageID #: 65